No. 357, Misc. DOERFLEIN *v.* IOWA ET AL. Supreme Court of Iowa. Certiorari denied.

No. 358, Misc. LEVY *v.* MARYLAND. Court of Appeals of Maryland. Certiorari denied. *Clyde W. Woody* for petitioner.

No. 360, Misc. FREY *v.* TEXAS. Court of Criminal Appeals of Texas. Certiorari denied.

No. 361, Misc. REEVES *v.* MARYLAND. Court of Appeals of Maryland. Certiorari denied.

No. 362, Misc. LYNCH *v.* NEW JERSEY. Supreme Court of New Jersey. Certiorari denied.

No. 366, Misc. WRIGHT *v.* CALIFORNIA. Supreme Court of California. Certiorari denied.

No. 369, Misc. LARK *v.* WEST, CHAIRMAN, ET AL., COMMITTEE ON ADMISSIONS AND GRIEVANCES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *James J. Laughlin* for petitioner. *Roger Robb* for respondents.

No. 372, Misc. COCHRAN *v.* HENDRICK, PRISONS SUPERINTENDENT. Supreme Court of Pennsylvania. Certiorari denied.

No. 374, Misc. ROOT *v.* McGEE, CORRECTIONS DIRECTOR, ET AL. Supreme Court of California. Certiorari denied.